1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7              FOR THE DISTRICT OF ARIZONA
8

| | | |
|---|---|---|
| 9 | United States of America, ) | CR 07-589-TUC-RCC (GEE) |
| 10 | Plaintiff, ) | **REPORT AND RECOMMENDATION** |
| 11 | vs. ) | RE: Competency to Stand Trial |
| 12 | ) | |
| 13 | ROSALINO AVILA-PEREZ, ) | |
| 14 | Defendant. ) | |

15

16    On April 26, 2007, this court, pursuant to 18 U.S.C. §4241(a) and (b), granted
17 defense counsel's motion for a mental examination to determine the defendant's competency
18 to proceed to trial. That examination was done here in Tucson and the examiner concluded
19 the defendant was not competent and, there being objection from either party, this court, on
20 July 5, 2007, ordered the defendant committed to the custody of the Attorney General for a
21 determination of his restoreability pursuant to 18 U.S.C. §4141(d). In a letter dated January
22 16, 2008, the warden at the Federal Medical Facility in Butner, NC, advised the defendant
23 is now competent to stand trial and filed a Certificate of Restoration of Competency to Stand
24 Trial pursuant to 18 U.S.C. §4241(e). Copies of this letter and the competency evaluation
25 were provided to all counsel. On February 27, 2008, a hearing was held to consider the
26 defendant's competency and the defendant was present. At that time defense counsel
27 requested a continuance so that he could have more time to consult with the defendant. On
28

March 12, 2008, a hearing was held and neither counsel objected to the findings set forth in the report from the Federal Medical Facility at Butner.

**THEREFORE,** in view of the foregoing, this court recommends that the District Court after its de novo review, enter an order finding the defendant is now competent to proceed to trial. **This order should also set forth a trial date, a deadline for entry of a guilty plea, and indicate that excludable delay is terminated.**

Any party may file and serve objections within 10 days after being served with a copy of this Report and Recommendation. If objections are not timely filed, the party's right to de novo review may be waived.

This Report and Recommendation is being faxed to all counsel on today's date. The Clerk of the Court is directed to send a copy of this Report and Recommendation to all counsel.

DATED this 13th day of March, 2008.

_____
Glenda E. Edmonds
United States Magistrate Judge