IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,      ) | CR 07-589-TUC-RCC |
| Plaintiff,      ) | **ORDER** |
| vs.      ) | |
| Rosalino Avila-Perez,      ) | |
| Defendant.      ) | |

After a review of the Magistrate Judge's Report and Recommendation, the pleadings in the case and there being no objection filed by the parties,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#27).

**IT IS FURTHER ORDERED** finding the defendant is competent to proceed.

The defendant having entered a plea of guilty on April 4, 2008, trial and plea deadline are not set as requested in the Magistrate Judge's Report and Recommendation. Sentencing remains set for June 17, 2008 at 8:50 a.m. before this Court.

DATED this 16th day of April, 2008.

Raner C. Collins
United States District Judge